JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STAR FABRICS, INC., a California Corporation, | Case No. CV 15-8152-GW(PJWx) |
|---|---|
| | *Hon. George Wu Presiding* |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| RUNWAY FASHIONS, INC.; *et al*. | |
| Defendants. | |

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: December 9, 2016      By: _____
                            HON. GEORGE H. WU
                            UNITED STATES DISTRICT JUDGE